In the Matter of an Investigation of the DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT into the Professional Conduct of an Attorney and Counselor-at-Law, Respondent; SUSAN ANONYMOUS, Appellant.

Decided January 15, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of DIAMOND LEE P., a Child Alleged to be Permanently Neglected. PAULA C., Also Known as PAULA T., Appellant; CARDINAL MCCLOSKEY SERVICES, Respondent.

Submitted November 26, 2012; decided January 15, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of G & C TRANSPORTATION, INC., et al., Appellants, v JEAN-ANN MCGRANE et al., Respondents.

Decided January 15, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.